**UNITED STATES DISTRICT COURT**
**NOTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTISHA CARROLL, individually and on behalf of all other similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 24-cv-12691 |
| LCA-VISION, Inc., d/b/a LASIKPLUS, | ) | **CLASS ACTION COMPLAINT** |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12**

NOW COMES the Defendant, LCA-VISION, Inc. d/b/a LASIKPLUS, by and through its attorneys, CONNOLLY KRAUSE LLC, and for its Motion to Dismiss the Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) states as follows:

1. The class action complaint was filed on December 10, 2024. (ECF 1).

2. On December 13, 2024, Defendant was served with summons and a copy of the complaint. (ECF 3).

3. On January 6, 2025, this Court granted Defendant's motion for extension of time to file its initial pleading until February 18, 2025. (ECF 8).

4. The Plaintiff and the putative class do not have standing, making dismissal pursuant to Fed. R. Civ. P. 12(b)(1) appropriate.

5. Additionally, the allegations in the complaint fail to support a cause of action against Defendant making dismissal pursuant to Fed. R. Civ. P. 12(b)(6) appropriate.

6. Defendant relies on its memorandum of law in support of this motion filed contemporaneously.

WHEREFORE, Defendant, LCA-VISION, Inc. d/b/a LASIKPLUS, respectfully requests this Court dismiss the class action complaint and all claims in their entirety with prejudice and for any

other relief this Court deems just.

Respectfully submitted,

CONNOLLY KRAUSE LLC

By: /s/ *Corinne M. Cundiff*
One of the Attorneys for Defendant

Jeffrey J. Escher #6289438
Corinne M. Cundiff #6326784
CONNOLLY KRAUSE LLC
500 West Madison Street
Suite 3900
Chicago, Illinois 60661-2593
(312) 253-6200
jescher@cktrials.com
ccundiff@cktrials.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/ECF system.

/s/ Corinne M. Cundiff