**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARTISHA CARROLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LCA-VISION, Inc., also d/b/a LASIKPLUS,<br><br>Defendant. | Case No. 1:24-cv-12691<br><br>Hon. John Robert Blakey |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Artisha Carroll ("Plaintiff"), by and through her counsel of record, respectfully brings to this Court's attention a recent decision by the Honorable Rebecca R. Pallmeyer in *L.C. v. Fertility Centers of Illinois, PLLC*, Case No. 1:25-cv-02049, ECF No. 24 (N.D. Ill. Dec. 8, 2025) as supplemental authority in support of her Memorandum in Opposition to Defendant LCA-Vision, Inc.'s pending Motion to Dismiss. ECF Nos. 12, 16, 17. A copy of the written order is attached hereto as Exhibit 1. The facts in the current matter closely mirror those of *L.C.*, which also involved the disclosure of personal health information through the Facebook Tracking Pixel. In *L.C.*, the Court concluded that the plaintiff had Article III standing over her claims and denied the defendant's motion to dismiss the plaintiff's claims for negligence.

Dated: December 15, 2025

**BURSOR & FISHER, P.A.**

By: */s/ Stephen A. Beck*

Stephen A. Beck
701 Brickell Ave., Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-Mail: sbeck@bursor.com

*Counsel for Plaintiff*