**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARTISHA CARROLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LCA-VISION, Inc., also d/b/a LASIKPLUS,<br><br>Defendant. | Case No. 1:24-cv-12691<br><br>Hon. John Robert Blakey |

# PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Artisha Carroll ("Plaintiff"), by and through her counsel of record, respectfully submits this Notice of Supplemental Authority regarding Defendant LCA-Vision, Inc. d/b/a LasikPlus' ("Defendant") pending Motion to Dismiss. *See* ECF Nos. 12–13, 17. Plaintiff brings to this Court's attention a recent decision by the Honorable Cathy Ann Bencivengo in *Ramirez v. LasikMD USA INC.*, Case No. 3:24-cv-02221 (S.D. Cal. Jan. 26, 2026) (ECF No. 26). A copy of the written order is attached hereto as Exhibit 1.

The facts in the current matter are nearly identical to those in *Ramirez*, which also involved the disclosure of personal health information (by a provider of LASIK surgery) through the Facebook Tracking Pixel. In *Ramirez*, the defendant moved to dismiss the plaintiff's ECPA claim under Rule 12(b)(1) and 12(b)(6). However, the Court denied the motion, finding that the plaintiff established Article III standing and sufficiently stated a claim under the ECPA.

Dated: January 27, 2026

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Stephen A. Beck</u>*
Stephen A. Beck

701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: sbeck@bursor.com

*Counsel for Plaintiff*