**UNITED STATES DISTRICT COURT**
**NOTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTISHA CARROLL, individually and on behalf of all other similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 24-cv-12691 |
| LCA-VISION, Inc., d/b/a LASIKPLUS, | ) | Hon. Judge John Robert Blakey |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS TO RESPOND TO PLAINTIFF'S TWO SUPPLEMENTAL AUTHORITIES**

NOW COMES the Defendant, LCA-VISION, INC. d/b/a LASIKPLUS, by and through its attorneys, CONNOLLY KRAUSE, LLC, and hereby move this Honorable Court for leave to file a supplemental brief responding to Plaintiff's newly filed supplemental authorities. In support of the motion Defendant states the following:

1. On February 18, 2025, Defendant filed its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

2. On March 11, 2025, Plaintiff filed its Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint.

3. On March 18, 2025, Defendant filed its Reply in Support of its Motion to Dismiss.

4. On December 15, 2025, and January 27, 2026, Plaintiff filed two supplemental authorities in support of Plaintiff's Memorandum in Opposition.

5. Defendant plans on responding to Plaintiff's two supplemental authorities and is seeking leave from this Court to file a supplemental brief addressing these two cases that Plaintiff has now provided as supplemental authority.

6. In accordance with this Court's standing order on proposed orders, an order has been sent to the Court's proposed order inbox at Proposed_Order_Blakey@ilnd.uscourts.gov with all counsel copied.

WHEREFORE, Defendant, LCA-VISION, INC. d/b/a LASIKPLUS, moves this honorable Court for leave to file a supplemental brief in support of its motion to dismiss responding to Plaintiff's two newly filed supplemental authorities within 21 days of an order being entered.

Respectfully Submitted,

Defendant, LCA-VISION, INC. d/b/a LASIKPLUS

By: */s/Kevin S. Ward*
One of the Attorneys for Defendant

Jeff J. Escher (#6289438)
Kevin S. Ward (#6344400)
CONNOLLY KRAUSE LLC
150 N. Michigan Ave.
Suite 1000
Chicago, IL 60601
Ph: (312) 253-6200
jescher@cktrials.com
kward@cktrials.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/EFC system.

By:___/s/ Kevin S. Ward__________