**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARTISHA CARROLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LCA-VISION, Inc., also d/b/a LASIKPLUS,<br><br>Defendant. | Case No. 1:24-cv-12691<br><br>Hon. John Robert Blakey |

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Artisha Carroll ("Plaintiff"), by and through her counsel of record, respectfully brings to this Court's attention a recent decision within this District. Plaintiff cites *McClain v. Capital Vision Servs., LLC*, Case No. 1:25-cv-07675, ECF No. 32 (N.D. Ill. Mar. 13, 2026) as supplemental authority in support of her Memorandum in Opposition to Defendant LCA-Vision, Inc.'s pending Motion to Dismiss. ECF Nos. 12, 16, 17. A copy of the written order is attached hereto as **Exhibit 1**. The facts in the current matter closely mirror those of *McClain*, which also involved the disclosure of personal health information made on a public-facing website. Based on these facts, the Court denied the defendant's Rule 12(b)(6) motion to dismiss the plaintiff's claims for violations of the Electronic Communications Privacy Act ("ECPA").

Dated: March 18, 2026

**BURSOR & FISHER, P.A.**

By: *___/s/ Stephen A. Beck___*
Stephen A. Beck
701 Brickell Ave., Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-Mail: sbeck@bursor.com

*Counsel for Plaintiff*