**UNITED STATES DISTRICT COURT
NOTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTISHA CARROLL, individually and on behalf of all other similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 24-cv-12691 |
| LCA-VISION, Inc., d/b/a LASIKPLUS, | ) | Hon. Judge John Robert Blakey |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS TO RESPOND TO PLAINTIFF'S TWO SUPPLEMENTAL AUTHORITIES**

NOW COMES the Defendant, LCA-VISION, INC. d/b/a LASIKPLUS, by and through its attorneys, CONNOLLY KRAUSE, LLC, and hereby move this Honorable Court for leave to file a supplemental brief responding to Plaintiff's newly filed supplemental authorities. In support of the motion Defendant states the following:

1. On February 18, 2025, Defendant filed its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

2. On March 11, 2025, Plaintiff filed its Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint.

3. On March 18, 2025, Defendant filed its Reply in Support of its Motion to Dismiss.

4. On December 15, 2025, and January 27, 2026, Plaintiff filed two supplemental authorities in support of Plaintiff's Memorandum in Opposition.

5. On January 30, 2026, Defendant filed a Motion for Leave to File a Supplemental Brief addressing Plaintiff's two Supplemental Authorities, which was granted by this Court.

6. On February 13, 2026, Defendant filed its Response to Plaintiff's two Supplemental Authorities.

7. On March 18, 2026, Plaintiff filed a third Supplemental Authority in opposition of Defendant's Motion to Dismiss.

8. Defendant plans on responding to Plaintiff's third and new supplemental authority and is seeking leave from this Court to file a supplemental brief addressing this new case that Plaintiff has now provided as supplemental authority.

9. In accordance with this Court's standing order on proposed orders, an order has been sent to the Court's proposed order inbox at Proposed_Order_Blakey@ilnd.uscourts.gov with all counsel copied.

WHEREFORE, Defendant, LCA-VISION, INC. d/b/a LASIKPLUS, moves this honorable Court for leave to file a supplemental brief in support of its motion to dismiss responding to Plaintiff's newly filed supplemental authority within 21 days of an order being entered.

Respectfully Submitted,

Defendant, LCA-VISION, INC. d/b/a LASIKPLUS

By: /s/*Kevin S. Ward*
One of the Attorneys for Defendant

Jeff J. Escher (#6289438)
Kevin S. Ward (#6344400)
CONNOLLY KRAUSE LLC
150 N. Michigan Ave.
Suite 1000
Chicago, IL 60601
Ph: (312) 253-6200
jescher@cktrials.com; kward@cktrials.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/EFC system.

*By:* ___*/s/ Kevin S. Ward*___________